**18CR 478**

Order Form (01/2005)

## United States District Court, Northern District of Illinois

**MAGISTRATE JUDGE COLE**

| Name of Assigned Judge or Magistrate Judge | JUDGE CHANG | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 14 GJ 197 | DATE | 07 AUGUST 2018 |
| CASE TITLE | U.S. v. QUAN SHUN CHEN | | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for ___SPECIAL JUNE 2018___ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge ___Maria Valdez___

TO ISSUE BENCH WARRANT AND SET PRELIMINARY BAIL AT $4500.00 AND THAT THE DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

THE GOVERNMENT REQUEST THAT THREE (3) COPIES OF THE WARRANT BE ISSUED TO IRS SPECIAL AGENT, ADAM SOLINE TO THE FOLLOWING EMAIL ADDRESS: Adam.Soline@ci.irs.gov.

**FILED**
AUG - 7 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                    UNDER SEAL)

Courtroom Deputy Initials:

Page 1 of 1