# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: United States of America V. Quan Shun Chen        Case Number: 18 CR 478

An appearance is hereby filed by the undersigned as attorney for:

Quan Shun Chen

Attorney name (type or print): Andrew B Gordon

Firm: Gordon Law Group, Ltd.

Street address: 400 Central Ave. Suite 340

City/State/Zip: Northfield, IL 60093

Bar ID Number: 6309109        Telephone Number: 847-580-1279
(See item 3 in instructions)

Email Address: abg@gordonlawltd.com

Are you acting as lead counsel in this case?            ☐ Yes   ✔ No

Are you acting as local counsel in this case?           ☐ Yes   ✔ No

Are you a member of the court's trial bar?              ☐ Yes   ✔ No

If this case reaches trial, will you act as the trial attorney?   ☐ Yes   ✔ No

If this is a criminal case, check your status.        ✔ Retained Counsel

                                                      ☐ Appointed Counsel
                                                         If appointed counsel, are you

                                                         ☐ Federal Defender
                                                         ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 08/13/2018

Attorney signature:    S/ Andrew B Gordon
                       (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015