**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| United States of America, ) | |
| ) | |
| ) | No.   18 CR 478-1 |
| v.           ) | |
| ) | Judge Edmond E. Chang |
| ) | |
| ) | |
| ) | |
| ) | |

**Quan Shun Chen**

### ORDER

Initial appearance and arraignment proceedings held.  Defendant appeared in court with the assistance of retained counsel and a Mandarin-speaking interpreter.  For the initial appearance, Defendant was informed of his rights, the nature of the charges, and the maximum potential penalties. For the arraignment, Defendant acknowledged receipt of a copy of the indictment, waived formal reading, and entered a plea of not guilty to all counts in the indictment.  The government reported that Rule 16.1 letter and almost all discovery disclosures were already made, comprising 2 discs. One contains around 5000 pages of bank records and credit card records of Defendant and the corporate entities. The disc is text searchable. The second disc is Defendant's own database. The government will be producing the grand jury transcript of the law enforcement agent who set forth probable cause and around 20 pages of memoranda of interview. Defendant's pretrial motions due 09/24/2018. Status hearing set for 09/27/2018 at 10:30 a.m., to resolve as  many of the motions as possible without further briefing, and to set a briefing schedule on those that require briefing.  Defendant's appearance is waived for the status hearing. Pursuant to 18 U.S.C. 3161(h)(7)(A) and (B), and without objection, time is excluded from 08/21/2018 to 09/27/2018 under the Speedy Trial Act to allow counsel the time to review discovery, to decide whether to file pretrial motions, and to prepare the motions if any are filed. The government and the Defendant agreed on certain conditions of release, which the Court adopted. Enter Order Setting the Conditions of Release. Defendant shall be released after processing. .

(X-T)

/ s/Edmond E. Chang

Honorable Edmond E. Chang

United States District Judge

DATE:    August 21, 2018

015