UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 18 CR 478 |
| v. ) | |
| ) | Judge Edmond E. Chang |
| QUAN SHUN CHEN ) | |

## NOTICE OF MOTION

TO:  Defense Counsel of Record

PLEASE TAKE NOTICE that on September 18, 2018 at 8:30 a.m., I will appear before the Honorable Edmond E. Chang, in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the **MOTION FOR ENTRY OF UNOPPOSED PROTECTIVE ORDER GOVERNING DISCOVERY** in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:  /s/ *Sheri H. Mecklenburg*
SHERI H. MECKLENBURG
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 469-6030

Dated: September 12, 2018