## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                             Case No.: 1:18–cr–00478

                                             Honorable Edmond E. Chang

Quan Shun Chen

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 28, 2018:

       MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Defendant is on pretrial release and his presence was waived. The parties have a meeting set for today to discuss the government's Guidelines calculations (discovery was produced on time and a draft plea agreement was tendered with it). Status hearing set for 11/07/2018 at 8:30 a.m., at which time the Court will set either a change of plea date or a trial. Defendant's presence is waived, absent a Pretrial Services violation report. Pursuant to 18 U.S.C. 3161(h)(7)(A) and (B), and without objection, time is excluded under the Speedy Trial Act to serve the ends of justice from 09/27/2018 to 11/07/2018, to allow the parties to continue plea negotiations. Emailed notice (slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.