# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Quan Shun Chen

Defendant.

Case No.: 1:18−cr−00478
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 7, 2018:

MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Defendant is on pretrial release and his presence was waived. Change of plea hearing set for 12/11/2018 at 12 p.m. (it might be moved to an earlier time that day if the Court&#0;39;s trial schedule allows). Pursuant to 18 U.S.C. 3161(h)(7)(A) and (B), and without objection, time is excluded under the Speedy Trial Act to serve the ends of justice from 11/07/2018 to 12/11/2018. Specifically, the benefits of allowing the parties to negotiate a resolution of the case before trial outweigh the interest of the public and the defendant in a speedy trial. If it is a plea agreement, then the government shall email a copy to Judge Chang's Proposed Order email account by 2 p.m. on 12/10/2018; if a plea declaration, then defense counsel shall send the email by the same deadline. Emailed notice (slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.