UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| | ) |
| | ) No. 18 CR 00478-1 |
| v. | ) |
| | ) Judge Edmond E. Chang |
| | ) |
| Quan Shun Chen, | |

**ORDER**

Change of plea hearing held. Defendant is on pretrial release and appeared in court with the assistance of counsel and a Mandarin-speaking interpreter. Defendant entered a plea of guilty to Count 3 of the indictment. The Court found that Defendant is competent, has had the assistance of counsel, understands the charges and the maximum penalties, knows the rights Defendant is waiving by pleading and entering the plea voluntarily, and there is a factual basis for the plea. The Court accepted Defendant's plea of guilty to Count 3 and enters a finding of guilt. Defense counsel and Defendant should note that Local Criminal Rule 32.1(d) requires that, after a determination of guilt, "the attorney for the defendant and the defendant, unless in custody, shall report immediately to the probation department to begin the presentence investigation." Defendant shall participate in an interview, if any, with the probation department, within 14 days after the determination of guilt. As required by Local Rule 32.1(e), the government shall submit its version by 12/26/2018. Defendant must submit his version by 01/02/2019. Any sentencing memoranda discussing 18 U.S.C. 3553(a) factors or objections to the presentence report must be filed (in one combined filing per side) on or before 03/13/2019. Any cross-responses to be filed by 03/20/2019. Sentencing set for 04/03/2019 at 10:00 a.m. After balancing the factors discussed in United States v. Peterson, 711 F.3d 770,779 (7th Cir. 2013), the Court had decided to generally require the Probation Office to provide a copy of its Sentencing Recommendation to Defendant's counsel and to the government's counsel, and that requirement applies here. The parties are alerted that the Court sets aside both substantial in-advance preparation time and substantial in-court time for sentencing hearings. Any motion to continue a sentencing must be made in writing, well in advance of sentencing, and must expressly set forth good cause for a continuance.

/ s/Edmond E. Chang
Honorable Edmond E. Chang
United States District Judge

DATE: December 11, 2018
0:50