## Total Tax Due and Owing for Hunan Spring/QUAN CHEN for 2012-2016

| Entity | Year | Tax Period | A<br>Federal Income Tax | B<br>State Income Tax | C<br>State Sales Tax | D<br>Total (A+B+C) |
|---|---|---|---|---|---|---|
| Hunan Spring, Inc | 2012 | March 1, 2012 - February 28, 2013 | $ 64,470.00 | $ 14,578.00 | 16,845.00 | 95,893.00 |
| Hunan Spring, Inc | 2013 | March 1,2013 - February 28, 2014 | 64,082.00 | $ 14,508.00 | 16,428.00 | 95,018.00 |
| Hunan Spring, Inc | 2014 | March 1, 2014 - February 28, 2015 | 92,377.00 | $ 18,771.00 | 23,243.00 | 134,391.00 |
| Hunan Spring, Inc | 2015 | March 1, 2015 - February 28, 2016 | 2,961.00 | $ 432.00 | 678.00 | 4,071.00 |
| | | | | | | |
| Hunan Spring Restaurant, Inc | 2015 | January 2015 - December 2015 | 11,098.00 | $ 3,344.00 | 3,021.00 | 17,463.00 |
| Hunan Spring Restaurant, Inc | 2016 | January 2016 - December 2016 | 80,465.00 | $ 11,304.00 | 16,057.00 | 107,826.00 |
| | | Totals | $ 315,453.00 | $ 62,937.00 | $ 76,272.00 | $ 454,662.00 |



GOVERNMENT EXHIBIT A