**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18 CR 00478-1 |
| | ) | |
| QUAN SHUN CHEN, | ) | Judge Edmond E. Chang |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**DEFENDANT QUAN SHUN CHEN'S RESPONSE TO UNITED STATES'
REPLY**

Defendant, QUAN SHUN CHEN, by and through his attorney, Michael Raff, responds to the
Plaintiff's, United States of America, Reply to his Sentencing Memorandum.

## I.    ACCEPTANCE OF RESPONSIBILITY FOR ACTIONS

Quan desires to ensure to the Court understands that he accepts both responsibility and
accountability for his actions. He has pled guilty to filing a false income tax return because he
acknowledges that he provided information concerning the Hunan Spring gross receipts to his
accountant that was less than the actual gross receipts of the business. The accountant prepared
both sales and income tax returns based on the lower gross receipt figures and provided tax returns
to Quan, which he willfully signed. He takes full responsibility for his actions. There is no
disagreement that Quan is guilty of this crime, and this is why he plead guilty in December 2018.

Moreover, Quan's position on the above facts has remained consistent throughout this case. Quan
does not deny responsibility for his actions; he has simply wanted Probation and the Court to be
fully apprised of the facts and circumstances surrounding them. The United States calls this
*minimalization* and *decriminalization*, but this is simply *explanation*. Quan is the one to blame for
the errors he committed, but the hopes the context he has provided gives the Court insight when
determining an appropriate sentence.

## II.    PSR RELIANCE ON GOVERNMENT ALLEGED FACTS WHICH ARE
NOW WITHDRAWN FROM CONSIDERATION

Admittedly, Quan did deny the allegations of his use of the POS system to delete sales. The United States has now stated that, after an additional interview of the POS seller in which he "appears to be confused….as to certain aspects of his interactions with the defendant" it "withdraws argument regarding defendant's deletions of orders on the POS system". *Government Reply* at 2.

The withdrawal of this argument is significant, as the United States had previously alleged in both its Version of the Facts and Sentencing Memorandum that Quan purposefully eliminated 9,700 transactions from the POS. These allegations from the United States were considered by Probation when completing its Presentence Report; and Probation considered it an aggravating factor that "it is notable that in 2016, when the defendant's POS was upgraded and the upgrade did not include a database manager, the defendant sought out the representative to install a database manger." *Pre-Sentence Report* at p. 3. If the allegations concerning the POS database at all influenced the PSR, Quan hopes that Probation may reconsider its determination and the Court fully excludes any allegations concerning the POS from its analysis.

Quan is in no way distancing or minimalizing the actions he did take which led him to plead guilty; he simply wants to ensure that any perceived aggravating factors are reconsidered given that those arguments are now withdrawn.

### III.    SANCHEZ CASE SENTENCING GUIDELINE RANGE

Briefly, the United States contends that the Sanchez sentencing guideline range varied from Quan's guideline range. *See Government Reply* at 4. However, this is not the case. In both *Sanchez* and the case at bar, the anticipated offense level was 18, with a 3 point reduction for acceptance of responsibility, bringing the offense level to 15. *Chen Plea Agreement at Section 9(a); Sanchez Plea Declaration* at Section 8(b). The level 15 guideline range is 18 to 24 months imprisonment, which is what Probation has also stated is the correct guideline range in this case. *See PSR* at p. 1.

### IV.    ADDITIONAL SENTENCING LETTER LETTERS

Finally, Quan submits two series of additional letters of support for the Court's consideration. The first contains letters of support from Quan's extended family (including his brother, sister-in-law and nephews, niece, and niece-in-law) which describe him as a caring, extraordinarily hardworking, family man. *See* letters of Quan Hui Chen, Nancy Liu, Yong Chen, Sheng Chen, Wu Chen, Shu Qing Chen, and Baozhen Zhao attached as Exhibit A.

The second series of letters is from patrons of Hunan Spring, who care enough about the warm greetings, service, and food they receive from Mr. Chen that they vouched for his character and consider him and Hunan Spring a piece of their Evanston community. *See* letters of Vaughn Jones, Jeff and Lucy Nishihira, and Melvin Collier attached as Exhibit B.

2

## V.     CONCLUSION

For the foregoing reasons, Quan Shun Chen continues to respectfully suggest that a sentence of no greater than 36 months' probation is sufficient but not greater than necessary to achieve the statutory objectives set forth in 18 U.S.C. § 3553 and comports with the considerations set forth in the United States Sentencing Guidelines.

Respectfully submitted,

Quan Shun Chen

By:   s/Michael Raff
Michael Raff

Gordon Law Group
400 Central Ave.
Suite 340
Northfield, IL 60093

3

# EXHIBIT A

尊敬的法官大人：

我的哥哥陈泉顺是一个充满大爱和同情心的人。他不仅对自己的兄弟关怀备至，对身边认识或不认识的，只要他力所能及的，他都会热心地帮助人家。记得 2002 年冬天我嫂嫂侄子侄女从中国移民来美国住在 Evanston 的一所公寓。当时多年前的一位朋友打电话给他说他的一位同学与她老公离婚没地方住，能否来泉顺家暂住几日。泉顺哥哥马上在我侄女房间支张床让她住下，直到她租到自己的公寓才搬走。

2003 年哥哥一家搬到 Wilmette。由于语言的障碍只能参加一些华人邻居组织的友谊互助会。他的热情与大爱得到大家的共鸣！ 2009 年侄女陈晓玲高中毕业后就读 UIC 大学， 我哥哥陈泉顺一家也搬到了芝加哥唐人街。

2010 年， 住在 Wilmette 的一位邻居带着一位刚从外州转 IIT 大学的中国留学生到我哥哥陈泉顺家。希望暂时先住在他家里并帮助他在 IIT 附近租个公寓。我哥哥很热情的帮助他，并且不顾餐馆上班的辛苦帮他介绍房屋中介，陪他看房子直到他租到满意的房子，并帮他搬进去添置日常用品。

这样的例子还有很多。这些事情也许不算什么，但都能体现出我哥哥的品质与大爱。

我哥哥多次反省和悔过，并告诫我们要好好地遵守美国法律，从他的错误中吸取教训，踏踏实实做个对美国社会有用的人。尊敬的法官大人，我真心的希望这封信能帮助您更好更全面的认识我哥哥陈泉顺的性格与品质。他已深深的认识到自己的错误，并已经开始纠正弥补自己的错误。我由衷的恳求法官给我哥哥一次改过自新的机会，不要让他待在教导所里。

至此敬礼！
陈泉惠

3/19/19

Quan Hui Chen's Letter to Judge Edmond Chang

Translation by Xiao Ling Chen

The Honorable Judge Edmond E. Chang

United States District Court

219 South Dearborn Street

Chicago, IL 60604

Dear Honorable Judge,

 My older brother, Quan Shun Chen, is a compassionate person with a big heart. He not only cares for his own brothers, but is also willing to help others, even those he may not know. I remember in 2002, my sister-in-law, nephew and niece migrated to America and lived in an apartment in Evanston. A friend, whom he had met many years ago, called to ask him for a favor. This friend's schoolmate was divorced and needed a place to stay until she could find her own. My brother immediately agreed and made space in my niece's bedroom for her to stay until she found her own apartment.

In 2003, my older brother and family moved to Wilmette. He was only able to interact with his Chinese neighbors because of the language barrier, however his hospitality and big heart made him very relatable to others. In 2009, my niece, Xiao Ling Chen went to UIC (University of Illinois) after she graduated from high school. Then, my brother's family moved to the Chinatown area in Chicago.

In 2010, a neighbor from Wilmette came to visit my brother's family with a Chinese international student, who was transferring to IIT (Illinois Institute of Technology) from out of state. He was hoping that the student could temporarily stay at my brother's place and also help him find an apartment near his school. My brother was eager to provide his assistance. No matter how exhausted he was from work, he was still helping the student find realty agents and view potential apartments, until he found an apartment he was happy with. He even helped him moving in and settling into the new place.

There are many more examples like this. These may not be significant, but they clearly show my brother's character and big heart.

My brother has been self-reflecting and regretting what he has done. He also warned us to be sure to follow the U.S. laws, learn from his mistakes, and contribute to the American society. Dear Honorable Judge, I sincerely hope that this letter will help you better understand my older brother, Quan Shun Chen's personality and character. He fully understands his wrongdoings and has started to rectify his mistakes. I sincerely hope that the Honorable Judge will give my brother a chance to correct himself and allow him to stay outside of a correctional facility.

Sincerely,

Quan Hui Chen

March 26, 2019


The Honorable Judge Edmond E. Chang
United States District Court
219 South Dearborn Street
Chicago, IL 60604


Dear Honorable Judge Chang,

I am writing this letter to urge leniency in the sentencing of Quan Shun Chen, my late husband's younger brother.

This whole investigation process has profound impact on Quan Shun and he deeply regrets his actions. Quan Shun fully understands the serious of his actions and has true remorse. His cooperation with everyone in this matter should speak volumes as to his commitment to right his wrongs.

Quan Shun came from a very large family with 6 brothers and 3 sisters in a rural area in South China. My late husband told me stories many times that during their teenage years he and his younger brother Quan Shun got up 3 in the morning every day to work in the family bakery before school started. They would be right back to the bakery working again after school in the afternoon. Little money made from the bakery helped to feed the big family. Quan Shun is always a very hard working person.

My late husband fought cancer for 5 years before he passed away at age 48. During this difficult time, Quan Shun tried to help us in every way he could. He would stop by our house after a long day of work. Quan Shun often brought fresh in season fruits, cooked his older brother's favorite food to help boost cancer patient's appetite after chemo treatments. He would be there anytime something in our house needed to be fixed.

After my husband passed away, Quan Shun often invited me and my daughter to his house and tried to keep my daughter close to her father side of the family. During Chinese New Year, Quan Shun would take the effort to pick up my daughter from her college dorm to join holiday gatherings with his family to keep her in her culture tradition.

As a naturalized U.S. citizen, I am very proud to be an American and feel very lucky to live under a very robust and fair judicial system. Our judicial system has

the power to look at each event with an open mind and to determine if a person is truly remorseful for their actions.

I know Quan Shun is a good man, a good uncle, a good brother, a good husband and father. By allowing Quan Shun to remain outside of a correction facility he will be a model citizen who will never repeat his indiscretions.

Quan Shun would welcome the chance to do community service or anything else that you deem appropriate rather than in prison.

At this time, I would like to thank you for the time and effort you have taken out of your busy schedule to read my letter. I know Quan Shun is truly sorry for his actions. Please take into consideration the above mentioned information when you are determining his sentence.


Sincerely,



Nancy Liu

尊敬的法官:

  Quanshui chen是我的叔叔,高中一毕业我就来到这里工作,所以和叔叔几乎是朝夕相处近十年.爸爸在世的时候.我们兄弟三人可以说是无忧无虑的.可是无情的病魔纠缠爸爸很多年.最终夺去了爸爸还很年轻的生命!

  在爸爸与疾病争斗的那些年.我们兄弟三人还小.叔叔一边要照看店里的生意.一边还要每日去医院照顾父亲.更要顾及我们兄弟三人.他还有自己的家庭照顾.总理一般的叔叔一下子掉了头发,他在超负荷的运转着,我们都知道他很累.可是他从无怨然言,默默地做着一切,随着年龄的增长,我越来越感激叔叔了.

  虽然不知道叔叔做错什么,可是我知道叔叔是一个好丈夫,好父亲,好长辈,对员工无微不至,对朋友尽心尽力,对客人非常诚恳,他是一个善良的人.如果店里没有他领导,我真是不知所措!所以恳请法官大人一定要开恩.给叔叔机会.从轻处罚他.

此致
陈言

Yong Chen's Letter to Judge Edmond Chang
Translation by Xiao Ling Chen

The Honorable Judge Edmond E. Chang
United States District Court
219 South Dearborn Street
Chicago, IL 60604

Dear Honorable Judge,

Quan Shun Chen is my uncle. I started working at the restaurant after I graduated from high school, so I have been working with him closely for nearly ten years. When my father was alive, my brothers and I (three of us) did not have to worry about anything. Unfortunately, the cancer he was fighting against for many years eventually took away his life too soon.

When my father was fighting against cancer, my brothers and I were still young. While my uncle was looking after the restaurant business, he visited my father in the hospital every day, as well as taking care of my brothers and me. In the meantime, he still needed to take care of his own family. All of a sudden, my overworked uncle started losing hair. We all know he was exhausted, but he never complained and managed to do everything silently. As I get older, I am even more grateful to my uncle.

Although I do not know the details of this case, I know that my uncle is a great husband, great father and great elder. He is very considerate of his employees, sincere to his friends and customers. He is a kind-hearted person. If our restaurant does not have his leadership, I don't know what to do! So Honorable Judge, please have mercy and give him an opportunity to correct his wrongdoings.

Sincerely,
Yong Chen

尊敬的法官.

您好！此人我称之为叔叔，叔叔平常就是一个非常热心肠的人，也很愿意帮助身边的人.

在生活中，不管我们遇到什么大大小小的问题，只要叔叔能解决，他从不推掉，而是细心认真的帮我们处理着任何他能解决的问题，从来不会抱怨我们总来麻烦到他. 当然，如此热于助人的叔叔在生活中也是一位非常称职的爸爸，也是妻子眼中的好丈夫，以至于家庭非常的和睦！

在工作中，员工们都喜欢和他相处，因为他从不为难员工，相反只要员工有难叔叔总能细心的引导，并热心的安抚员工的心，也是所有员工的好朋友，工作中从来不摆老板架子，而是与员工们平起平起. 叔叔是一位比较宽宏大量乐于助人，勤劳节俭的人，因此让每个员工都能在一个愉快的氛围中认真的工作. 我一直认为一个快乐和睦的工作环境是每一个员工所期望的. 所以有这样的老板也是员工们的福气.

如此的好人，愿请法官开恩。

84Ch.

此致.

陈 旺

Sheng Chen's Letter to Judge Edmond Chang
Translation by Xiao Ling Chen

The Honorable Judge Edmond E. Chang
United States District Court
219 South Dearborn Street
Chicago, IL 60604

Dear Honorable Judge,

My uncle is a very warm-hearted person, he is always willing to help people around him.

Whenever we encounter problems, small or big, Uncle never walks away when he is able to help.  He is always genuine when he helps us and never complains no matter how much we trouble him. Our kind and helpful uncle is also a great father and husband, therefore he has such a harmonious family.

At the restaurant, all of the employees like working with him, because he never gives anyone a hard time. Whenever the employees are struggling, Uncle is always willing to guide and comfort them with a considerate heart. He is a great friend to all of the employees. He never views himself superior than any of the employees, but rather regards everyone as his equals. Uncle is a tolerant, helpful and diligent person. Because of his character, every employee is able to work in a joyful environment. I always believe that a happy, harmonious working environment is what every employee desire. Thus, having a boss like Uncle is a great gift for the employees.

I genuinely hope that you are willing to have mercy on my uncle's punishments for his wrongdoings.

Sincerely,
Sheng Chen

尊敬的法官大人，

我的爸爸，也是陈泉顺的亲哥哥，自从 2007 年被确诊癌症后每两个星期都要去 NorthShore Evanston Hospital-Kellogg Cancer Center 复查。因为我没有车，每次都是叔叔主动提出送我爸爸去复查或做 CT 和化疗，我不知道其他医院的停车场要不要收费，但是 Evanston 医院的停车场是需要收费的。每次都是叔叔付的停车费。我看见我爸爸给我叔叔停车费油费，我叔叔都没有要。我们非常感谢他。如果没有我叔叔的帮助，我们家不知道会有多困难。我知道我叔叔对家人，对周围认识的人都很好而且不会计较得失，也很热意帮人。

由于做化疗我爸爸情绪变的非常低落消极，经常发脾气，身体也越来越差了，我叔叔每天都会来我们家陪我爸爸聊天陪他说说话，耐心开导他。所以那段时间我每天都会见到我叔叔，对他的了解也更加深刻了！

我爸爸在 2011 年去世之前。前后三次移除肿瘤都在 NorthShore Evanston Hospital 动的手术！在住院期间我爸爸开始食欲变低，他身体变得很虚弱。因为我叔叔知道我爸爸不喜欢吃医院的食物，我叔叔每天早上十一点都会给我爸爸送他喜欢吃的午餐：有我爸爸喜欢吃的鱼汤，排骨汤，鱼丸，还有很多很多。然后每天晚上五点半还会煮好了汤面送到医院给我爸爸吃！我叔叔每天总会做不一样的食物给我爸爸。

我记得有几次我爸爸情绪不稳定，把汤面都打翻了掉在地上。叔叔理解我爸爸的情况也没有生气，收拾干净后再开车回去重新做，然后再送汤面过来之后叔叔看着我爸爸吃下去才又回去上班！他真的很有耐心。

由于经常化疗，我爸爸变得更虚弱了，所以只能躺在床上。他腿就会肿会痛，我叔叔知道后，他经常帮我爸爸揉腿，减轻痛苦。我叔叔是很会照顾身边的人！值班护士都说没有看见过这么重兄弟感情的人！

虽然我不清楚整个事情具体的来龙去脉，但是我叔叔已经多次反省和表示悔过，同时他也非常希望去改正弥补。我知道他对自己的错误感到愧疚与遗憾，同时也真正的认识和承认因为这个错误所带来的责任。他多次告诫我们，应该从他的错误中吸取教训，尊重法律，踏踏实实做人做事。尊敬的张法官，我真心希望这封信能帮助你更好地了解我的叔叔个人品质和性格。我希望我叔叔可以得到您的怜悯和宽恕，不要让他呆在教养所。
他已经深深地认识到自己的错误，并已经开始纠正弥补自己的错误。

此致，
陈武

03/17/19

Wu Chen's Letter to Judge Edmond Chang
Translation by Xiao Ling Chen

The Honorable Judge Edmond E. Chang
United States District Court
219 South Dearborn Street
Chicago, IL 60604

Dear Honorable Judge,

My father, who is Quan Shun Chen's biological brother, was diagnosed with cancer in 2007 in NorthShore Evanston Hospital-Kellogg Cancer Center. My father needed to be checked every two weeks. Because I didn't have a car, my uncle always took my dad to the hospital for his follow-up appointments, CT scans and chemotherapy. My uncle always paid for parking, and never took money from my father when he tried to pay back parking fees and gas. We really appreciated his help. I cannot image how difficult it would've been if my uncle was not there for my family. My uncle never thinks about his own benefits or losses, especially with friends and family. He is always willing to help those in need.

Because of chemotherapy, my father became depressed and frequently had tantrums. His health also worsened. My uncle visited my father to talk to him patiently and enlighten him hoping to make him feel better. So, during that period of time, I saw my uncle every day, and have learned more about his character.

Before my father passed away in 2011, my father had three surgeries to remove his tumor at the NorthShore Evanston Hospital. When my father was hospitalized, he had very little appetite. My uncle found out that my father didn't like the food served at the hospital, he made food that my father liked and served him every day at 11am. He made my father's favorite dishes, such as fish soup, pork rib soup, fish balls and etc.. And at 5:30pm my uncle also brought noddle soup for my father's dinners. My uncle always tried to make different food for my father every day. After he got off work at night, he would also go back to the hospital to look after my father. He was very patient.

I remember a few instances when my father was emotional and dropped the noddle soup onto the floor. My uncle was understanding and calm, he then cleaned up the mess and went back to the restaurant to make a new dish. He brought back the dish for my father. After making sure his brother was well, he returned to work.

With the frequency of chemotherapy, my father became too weak to walk so he mostly stayed in bed. Then his legs were swollen and sometimes painful. When my uncle knew that, he found out, often massaged my father's legs to alleviate his pain. Seeing all that my uncle had done for my father, my father's nurse commented that she had never seen such a loving brother like my uncle.

My uncle has done a lot for my family since my father's ailment. He is trying his best to help my brothers and I whenever we needed him. He hopes to help us to become better men like my father hoped.

Although I do not know the details of the case, my uncle has expressed his remorse numerous times and he desires to make up for it. I know he is genuinely sorry for his wrongdoings, and he is truly accepting the responsibilities that comes with his mistakes. He has told me numerous times that we should be learn from his mistakes and be respectful of the law. We should appreciate with the opportunity we're provided and give back as much as we can. Dear Judge Chang, I hope this letter helps you better understand about my uncle's character. I hope my uncle deserves your mercy and allow him stay outside of a correctional facility. He has learned his mistakes, accepted full responsibility, and genuinely desires to correct his wrongdoings.

Thank you for taking the time to read my letter.

Sincerely,
Wu Chen

03/17/19

The Honorable Judge Edmond E. Chang
United States District Court
219 South Dearborn Street
Chicago, IL 60604

Dear Honorable Judge Chang,

I am writing on the behalf of my uncle, Quan Shun Chen. I would like to help you learn about my uncle's character.

When I was little, I always heard about my uncle, Quan Shun Chen, from my family members. I did not meet him in person because he came to America before I was born. I learned that my uncle came to America to look for a better life and to provide a better education and future for my cousins. From stories others told me about him, they conveyed his positive outlook, his passionate personality and his strong work ethic. After hearing these stories, I just wanted to meet him more.

When I first met my uncle in person, I was in sixth grade in China. It was his first time coming back to visit us after he had gone to the U.S.. I remembered that he was very nice to all of us. He always sat next to my grandmother to spend time with her, whom he missed dearly for many years. That was my first memory about my uncle. After I came to America, I became closer to my uncle because I lived with him and his family for a year. It was my first year in college, my family was living in the suburbs, which was a long commute for me to go to school in the city. So my uncle offered for me to stay at his place for my convenience, which I really appreciated his kindness.

Living with my uncle's family allowed me to learn more about my uncle. During the first couple weeks of school, he always woke up early to offer me rides to school because he was worried that I was not familiar with the area. I really appreciated his kindness, but I also felt guilty that he woke up so early just to offer me a ride to school. I know he is a hard worker; he was always the last one to return home because he needed to take care of the employees. I tried not to trouble him because I did not want him to be so tired. However, whenever I encountered difficulties, he would always spend time to talk me through them. Although he is not highly educated, he would still use the best of his knowledge to help me out.

I know my uncle now understands and is truly remorseful for his actions. He is cooperative with everyone involved. Please allow him to remain outside of a correctional facility. He is a kind, loving man who deserves a second chance to correct his wrongdoings.

Thank you for your time to read this letter.
Sincerely,
Shu Qing Chen

03 - 12 - 2019

Honorable Judge Edmond E. Chang
Unite State District court
219 South Dearborn street
Chicago, Illinois 60604


Dear Honorable Judge Chang,

I am writing to sincerely ask for your leniency in the sentence of my uncle, Quan Shun Chen.

I've known him for fifteen years. He is always kind, caring and responsible. He is a great and devoted man who has loved his family selflessly. He loves his wife and children the way they deserve. He is a wonderful friend and relative. He helps people whenever they are in need. He works extremely hard. He is a role model for his two wonderful children in all aspects. Both of his children are kind, responsible and absolutely hard working, like their father. He is always the person that his family and friends can count on.

It's truly a tragedy my uncle has made such mistakes. He wishes he can go back in time, be more attentive and do the right thing. He feels very sorry and has regretted numerous times. He is such a great man in many ways. He will take responsibility for his mistakes. I'm sorry that this has happened. But I'm genuinely believe that my uncle will not make the same mistakes again. He has

never disappointed anyone. Please, Judge Chang, I'm begging for your mercy and give him a chance.

Sincerely,
Baozhen Zhao                                    03-19-2019

# **EXHIBIT B**

# Vaughan Jones



825 Elmwood St, 2s
Evanston, IL 60202
847-868-6026
hsfvajones@aol.com

**Judge Edmond Chang**

**US Federal Court**
**Northern District  Chicago Office**
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Judge Chang

I recently became aware of the legal difficulties of Mr. Quan Shen Chen of
Evanston and the proprietor of, Hunan Spring Restaurant.

I have been a customer of Mr. Chen's for over 20 years, he has been an
excellent provider of Chinese cuisine and always a great host and staff.

I cannot comment on the legal issues, but as a citizen and proprietor in
Evanston, he has been one of the best. The recent media storm on
immigration is greatly unfair to people like Mr. Chen. They only want to
work and provide the services that make them an asset to our
communities.

I hope you indicate in your review, the qualities, Mr. Chen exhibits.

Vaughan A Jones

Hello Judge Edmond Chang,

My husband and I have been loyal customers at The Hunan Spring Restaurant for many years living here in Evanston. We appreciate Mr. Quan Shun Chen and his wonderful Staff, they are kind, helpful and work very hard. The quality and taste of their many dishes is wonderful.

We appreciate them.

Please have mercy when you make a final decision.

Thank you very much.

Sincerely,
Mr. & Mrs. Jeff & Lucy Nishihira

March 15, 2019

March 23, 2019


Honorable Judge Edmond Chang,

I am writing on behalf of Mr. Quan Shun Chen. I have been a customer of his restaurant, Hunan Spring, for the past ten years. As such, I have had many opportunities to interact with Mr. Chen. He has always greeted me with a welcoming smile and a sincere sense of customer service. Through his friendly demeanor, Mr. Chen has always been able to convey an appreciation, to me, for my continued patronage of the restaurant. The food, service and staff at the restaurant are great! It is my hope that Mr. Chen and Hunan Spring continue serving the citizens of Evanston.


Sincerely,

Melvin Collier