UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)　　No.　18 CR 478
v.　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)　　Judge Edmond E. Chang
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)

Quan Shun Chen,

ORDER

Sentencing hearing held. The judgment will be docketed separately. For now, the Clerk of the Court shall accept a negotiable instrument in the approximate amount of $50,000 from Quan Shun Chen to be deposited into the Court's registry pending entry of the judgment. Upon entry of the judgment, the principal deposit and any interest earned, less fees, shall be applied toward Defendant's restitution liability.

　　　　　　　　　　　　　　　　　　　　　　　s/Edmond E. Chang

　　　　　　　　　　　　　　　　　　　　　　　Honorable Edmond E. Chang
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

DATE:　April 3, 2019