# UNITED STATES DISTRICT COURT
Northern District of Illinois

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| v. | ) | |
| QUAN SHUN CHEN | ) | Case Number: 1:18-CR-00478(1) |
| | ) | USM Number: 53339-424 |
| | ) | |
| | ) | Michael L Raff |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to Count Three of the indictment.
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section / Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|
| 26:7206A.F Fraud and False Statements | 06/01/2015 | 3 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ All remaining counts dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

April 3, 2019
Date of Imposition of Judgment

_Edmond E. Chang_ (signature)
Signature of Judge

Edmond E. Chang, United States District Judge
Name and Title of Judge

April 8, 2019
Date

DEFENDANT: QUAN SHUN CHEN
CASE NUMBER: 1:18-CR-00478(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a total term of:
One (1) month on Count 3 of the indictment. The costs of imprisonment is waived.

☒     The court makes the following recommendations to the Bureau of Prisons:

The Court recommends placement at Chicago MCC.

☐     The defendant is remanded to the custody of the United States Marshal.

☒     The defendant shall surrender to the United States Marshal for this district:

    ☒     at 2:00 p.m. on 05/21/2019.

    ☐     as notified by the United States Marshal.

☐     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐     before 2:00 pm on

    ☐     as notified by the United States Marshal.

    ☐     as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows: _____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Case: 1:18-cr-00478 Document #: 33 Filed: 04/08/19 Page 3 of 4 PageID #:233
ILND 245B (Rev. 03/29/2018) Judgment in a Criminal Case
Sheet 6 – Schedule of Payments

Judgment – Page 3 of 4

DEFENDANT: QUAN SHUN CHEN
CASE NUMBER: 1:18-CR-00478(1)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | $100.00 | $.00 | $.00 | $454,662.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to **18 U.S.C. § 3664(i)**, all nonfederal victims must be paid before the United States is paid.

A. Restitution shall first be paid, pursuant to 18 U.S.C. 3664(i), in the amount of $139,209.00 to:

ILLINOIS DEPARTMENT OF REVENUE
CRIMINAL INVEST. DIV. 4-300
PO BOX 19014
SPRINGFIELD, IL 62794-9014
$139,209.00

B. Restitution (after the Illinois Department of Revenue has been paid in full) of $315,453.00 to:
U.S. DEPARTMENT OF TREASURY
FINANCIAL MGT. SERVICES ACCTS.
BRANCH 3700 EAST WEST HIGHWAY
#708A
HYATTSVILLE, MD 20782
$315,453.00

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant **to 18 U.S.C. § 3612(f)**. All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to **18 U.S.C. § 3612(g)**.

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☒ the interest requirement is waived for the restitution.

  ☐ the interest requirement for the _____ is modified as follows:

☐ The defendant's non-exempt assets, if any, are subject to immediate execution to satisfy any outstanding restitution or fine obligations.

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\* Findings for the total amount of losses are required under **Chapters 109A, 110, 110A, and 113A of Title 18** for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: QUAN SHUN CHEN
CASE NUMBER: 1:18-CR-00478(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payment of $454,762.00 due immediately from non-exempt assets. Thereafter, because there is no supervised release, the Court does not set a schedule.

　　☐ balance due not later than　　　　, or

　　☐ balance due in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal　　　(*e.g. weekly, monthly, quarterly*) installments of $　　　over a period of　　　(*e.g., months or years*), to commence　　　(*e.g., 30 or 60 days*) after the date of this judgment; or

**D** ☐ Payment in equal　　　(*e.g. weekly, monthly, quarterly*) installments of $　　　over a period of　　　(*e.g., months or years*), to commence　　　(*e.g., 30 or 60 days*) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within　　　(*e.g., 30 or 60 days*) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if Appropriate |
|---|---|---|---|

\*\*See above for Defendant and Co-Defendant Names and Case Numbers (*including defendant number*), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.\*\*

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court cost