UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18 CR 00478-1 |
| | ) | |
| QUAN SHUN CHEN, | ) | Judge Edmond E. Chang |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on July 2, 2019 at 8:30 am, or as soon thereafter as it may be heard, Defendant Quan Shun Chen shall appear by counsel before Hon. Edmond E Chang, or any judge sitting in his stead, in Courtroom 2119 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and he shall present the UNOPPOSED MOTION FOR RETURN OF DEFENDANT'S PASSPORT (Dkt #35)

Respectfully submitted,

QUAN SHUN CHEN
DEFENDANT

/s Michael Raff_____
Michael L. Raff
ATTORNEY AT LAW
GORDON LAW GROUP, LTD
400 CENTRAL AVE, #340
NORTHFIELD, IL 60093
(847)515-5065
(847)305-1202
Michael@GORDONLAWLTD.COM